# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ERIC BAHRA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 16-1756 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed concurrently herewith, the Motion for Summary Judgement by Defendants County of San Bernardino, Nicola Hackett, and Kristine Burgamy is GRANTED. Plaintiff Eric Bahra's complaint against these Defendants is DISMISSED.

　　Judgment is entered in favor of Defendants.

Dated: May 21, 2018

　　　　　　　　　　　　　　　　　　　THE HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　　United States District Judge