VALERIE ROSS, SB# 87664
LAW OFFICES OF VALERIE ROSS
14318 California Avenue, #101
Victorville, CA 92392
Tel. (760) 900-8248
valerierosslaw@gmail.com

CHARLES A. BONNER, ESQ. SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF BONNER & BONNER**
475 GATE FIVE RD, SUITE 211
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

ATTORNEYS FOR PLAINTIFF

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BAHRA,<br><br>      Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES ("COUNTY CFS"), KRISTINE BURGAMY, In Her Individual Capacity and In Her Official Capacity NICKOLA HACKETT, In Her Individual Capacity and In Her Official Capacity; and DOES 1 through 50, INCLUSIVE,<br><br>      Defendants. | Case No.: 5:16-cv-01756-JGB-SPx<br><br>JUDGMENT ON JURY VERDICT<br><br>TRIAL DATE: July 6, 2021<br><br>Judge: Honorable Jesus G. Bernal |

JUDGMENT ON JURY TRIAL

This action came regularly on calendar for trial on July 6, 2021, in United States District Court for the Central District of California, Courtroom 1 of George E. Brown, Jr. Federal Building & U.S. Courthouse, the Honorable Jesus G Bernal presiding.  Charles A. Bonner and A. Cabral Bonner of the Law Offices of Bonner and Bonner and Valerie Ross of the Law Offices of Valerie Ross appeared as attorneys for Plaintiff Eric Bahra.  Susan E. Coleman of Burke, Williams & Sorensen, LLP, appeared as attorney for Defendant County of San Bernardino.

A Jury of 8 persons was impaneled and sworn.  Witnesses were sworn and testified.  After hearing the evidence and the arguments of attorneys, the Jury was instructed by the Court and retired to consider its verdict.  After a 7-day trial, on July 15, 20201, the jury unanimously found as follows on the questions submitted to it:

The Parties have Stipulated that the County of San Bernardino was Eric Bahra's employer, and that the County of San Bernardino terminated Eric Bahra's employment.

**QUESTION 1:** Did Eric Bahra disclose to a government agency (Children and Family Services) and/or a law enforcement agency (San Bernardino County Sheriff's Department) a systematic failure in the operation, maintenance, and monitoring of the CMS database system that resulted in children being placed in the home of known abusers?

     X    Yes  _____No

**QUESTION 2:**  Did Eric Bahra have reasonable cause to believe that the information disclosed a violation of state and federal laws including the Adoption and Safe Families Act?

     X    Yes  _____No

**QUESTION 3:** Was Eric Bahra's disclosure of information a contributing factor in the County of San Bernardino's decision to terminated Mr. Bahra's employment?

     X    Yes  _____No

**QUESTION 4:** Was the County of San Bernardino's conduct a substantial factor in causing harm to Eric Bahra?

     X   Yes  _____No

**QUESTION 5:** Did the County of San Bernardino prove by clear and convincing evidence that it would have terminated Eric Bahra's employment anyway at that time, for legitimate, independent reasons?

      _____ Yes    _X_    No

**QUESTION 6:** What are Eric Bahra's Damages

| | | |
|---|---|---|
| a. | Past economic loss, including wage loss | $ 503,093.00 |
| b. | Future economic loss | $ 0 |
| c. | Past noneconomic loss, including mental and emotional pain and suffering | $ 2,000,000.00 |
| d. | Future noneconomic loss, including mental and emotional pain and suffering | $ 0 |
| | TOTAL | $ 2,503,093.00 |

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Eric Bahra have JUDGMENT as follows:

1. Against Defendant County of San Bernardino in the amount of $ 2,503,093.00
2. Costs to be determined by the Court
3. Post judgement interest at the rate of 0.07%

Dated: October 14, 2021

Honorable Jesus G. Bernal
United States District Court